UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

IRENE ZHANG, individually; LEI
DONG, individually; CATHERINE
XIAOMEI LIU, individually; ROBERT
ROBBINS, individually, and as the
parent, next friend,  and guardian ad
litem on behalf of  A.R., a minor, F.R.,
a minor, S.R., a minor, A.R., a minor,
and C.R., a minor; VANESSA
ROBBINS, individually; COOPER
ROBBINS, individually; LUCY
GLASSMAN, individually; RICKY
GLASSMAN, individually; NORA
HELEN FERRUFINO, individually;
CHARLES SHEN HAO, individually;
CHOON YUL LEE, individually;
YOON KIL LEE, individually; HYUN
SHIM KIM, individually: YAN DENG,
individually; GUO QIANG DING,
individually; JACQUELINE GEE,
individually; YU QIAN GE,
individually; BILAN HEIF,
individually; SOPHIA JIANG,
individually; XIN JIE LI, individually;
JOE YOUNG SUNG, individually; YU
DAN WANG, individually;
SALVADOR F. RIVAS, individually;
MING WU, individually and as the
parent, next friend, and guardian ad
litem on behalf of J.W., a minor, and
F.W., a minor; YUAN XIE,
individually, XINGWEN YE,
individually; YONG CHEN ZHI,
individually; ZHENG LIANG,
individually; SZUTING CHEN,
individually; SHEE WAI KUEN,
individually;  ZHONG PING GAO,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:21-CV-01127

Assigned to: Honorable Sarah L. Ellis
Designated as Magistrate Judge Hon.
Jeffrey I. Cummings

**STIPULATION OF VOLUNTARY
DISMISSAL WITH PREJUDICE
PURSUANT TO FEDERAL RULE
OF CIVIL PROCEDURE
41(a)(1)(A)(ii)**

individually; YUAN GAO, individually )
and as the parent, next friend and )
guardian ad litem on behalf of E.S., a )
minor; and POES 1 through 10, )
inclusive; )
)
              Plaintiffs, )
)
vs. )
)
THE BOEING COMPANY, a )
Delaware corporation; HONEYWELL )
INTERNATIONAL INC., a Delaware )
corporation; AMETEK INC., a )
Delaware Corporation; AMETEK )
AMERON LLC, a Delaware Limited )
Liability Company; AMETEK )
AEROSPACE LLC, a Delaware )
Limited Liability Company; ROTRON )
Inc., a New York Corporation; and )
DOES 6 through 50, inclusive; )
)
              Defendants. )

Plaintiffs IRENE ZHANG, individually; LEI DONG, individually; CATHERINE XIAOMEI LIU, individually; ROBERT ROBBINS, individually, and as the parent, next friend, and guardian ad litem on behalf of A.R., a minor, F.R., a minor, S.R., a minor, A.R., a minor, and C.R., a minor; VANESSA ROBBINS, individually; COOPER ROBBINS, individually; LUCY GLASSMAN, individually; RICKY GLASSMAN, individually; NORA HELEN FERRUFINO, individually; CHARLES SHEN HAO, individually; CHOON YUL LEE, individually; YOON KIL LEE, individually; HYUN SHIM KIM, individually: YAN DENG, individually; GUO QIANG DING, individually; JACQUELINE GEE, individually; YU QIAN GE, individually; BILAN HEIF, individually;

SOPHIA JIANG, individually; XIN JIE LI, individually; JOE YOUNG SUNG, individually; YU DAN WANG, individually; SALVADOR F. RIVAS, individually; MING WU, individually and as the parent, next friend, and guardian ad litem on behalf of J.W., a minor, and F.W., a minor; YUAN XIE, individually, XINGWEN YE, individually; YONG CHEN ZHI, individually; ZHENG LIANG, individually; SZUTING CHEN, individually; SHEE WAI KUEN, individually; ZHONG PING GAO, individually; YUAN GAO, individually and as the parent, next friend and guardian ad litem on behalf of E.S., a minor; and POES 1 through 10, inclusive (collectively the "Plaintiffs"), through their counsel and defendants THE BOEING COMPANY ("BOEING"), a Delaware corporation; HONEYWELL INTERNATIONAL INC. ("HONEYWELL"), a Delaware corporation; AMETEK INC. ("AMETEK"), a Delaware Corporation; AMETEK AMERON LLC ("AMERON"), a Delaware Limited Liability Company; AMETEK AEROSPACE LLC ("AMETEK AERO"), a Delaware Limited Liability Company; ROTRON Inc. ("ROTRON"), a New York Corporation; and DOES 6 through 50, inclusive (collectively "Defendants") through their respective counsel of record, collectively Plaintiffs and Defendants (the "Parties") reached a settlement agreement on September 1, 2022 in the above-named action before this honorable Court.

All conditions of the September 1, 2022 settlement agreement have been executed by the Parties. As a result, Parties agree for Plaintiffs to bring a voluntary dismissal by stipulation *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, Parties agree to bear their own costs, expenses, and attorneys' fees in connection with this action.

**WE, THE PARTIES, SO CONSENT:**

DATED: April 28, 2023

WISNER LAW FIRM, P.C.
By: /s/ Floyd A. Wisner
*One of the Attorneys for Plaintiffs*

Floyd A. Wisner
Alexandra M. Wisner
Wisner Law Firm, P.C.
161 N. Clark Street
Suite 1600
Chicago, Illinois 60601
(312) 216-5168
faw@wisner-law.com
awisner@wisne-law.com
Firm ID No. 11151


                                        NELSON & FRAENKEL LLP

                                        By:  /s/ Nicole C. Andersen
                                            *One of the Attorneys for Plaintiffs*

Nicole C. Andersen (pro hac vice)
Nelson & Fraenkel, LLP
601 S. Figueroa Street, Suite 2050
Los Angeles, CA 90017
(844) 622-6469
stuart@nflawfirm.com
nandersen@nflawfirm.com


                                        THE BOEING COMPANY


                                        By:   /s/ Bates McIntyre Larson
                                            *One of Its Attorneys*

Bates McIntyre Larson
BLarson@perkinscoie.com
Kathleen A. Stetsko
KStetskop@perkinscoie.com
PERKINS COIE LLP
131 S. Dearborn Street, Suite 1700Chicago, Illinois 60603-5559
Telephone:  312.324.8400

1
2

HONEYWELL INTERNATIONAL INC.

3
4

By: /s/ Gina M. Diomedi
*One of Its Attorneys*

5
6
7
8
9
10
11
12
13

Michael G. McQuillen #6188166
Gina M. Diomedi #6274817
Meaghan A. Fontein #6329690
HINSHAW & CULBERTSON LLP
151 N. Franklin St.
Suite 2500
Chicago, Illinois 60606
mmquillen@hinshawlaw.com
gdiomedi@hinshawlaw.com
mfontein@hinshawlaw.com

14
15
16

AMETEK INC, AMETEK AMERON LLC, AMETEK AEROSPACE, LLC, AND ROTRON, INC.

17
18

By: /s/ David A. Frank II
*One of Its Attorneys*

19
20
21
22
23
24
25
26

William J. Katt, #6278809
David A. Frank II, #6324966
Wilson Elser Moskowitz Edelman & Dicker LLP
555 E. Wells Street, Suite 1730
Milwaukee, WI 53202
Phone: (414) 276-8816
Fax: (414) 276-8819
william.katt@wilsonelser.com
david.frank@wilsonelser.com

27
28

## CERTIFICATE OF SERVICE

Undersigned certifies that he served the foregoing upon all counsel of record via CM/ECF on <u>April 28, 2023</u>.

WISNER LAW FIRM, P.C.

By: <u>/s/ Floyd A. Wisner</u>
*One of the Attorneys for Plaintiffs*

Floyd A. Wisner
Alexandra M. Wisner
Wisner Law Firm, P.C.
161 N. Clark Street
Suite 1600
Chicago, Illinois 60601
(312) 216-5168
faw@wisner-law.com
awisner@wisne-law.com
Firm ID No. 11151