# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Irene Zhang, et al.
                                      Plaintiff,

v.                                                              Case No.: 1:21−cv−01127
                                                                   Honorable Sara L. Ellis

The Boeing Company, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 5, 2023:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation of voluntary dismissal with prejudice [58] this action is voluntary dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, Parties agree to bear their own costs, expenses, and attorneys' fees in connection with this action. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.